1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARL E. HILL,                              No. 2:12-cv-0595-EFB P

12              Petitioner,

13        v.

14   CONNIE GIBSON,

15              Respondent.

16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. §2254.  The parties in this action have consented to proceed before a

19   United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  On December 19, 2014, the

20   undersigned denied petitioner's habeas petition.  On January 23, 2015, petitioner filed a notice of

21   appeal to the United States Court of Appeals for the Ninth Circuit.  On March 13, 2015, the Ninth

22   Circuit denied petitioner's request for a certificate of appealability because the notice of appeal

23   was not timely filed.

24        On November 19, 2015, petitioner filed a motion for relief from judgment pursuant to

25   Fed. R. Civ. P. 60(b).  ECF No. 26.  Good cause appearing, respondent will be ordered to file a

26   response to that motion within thirty days.

27   /////

28   /////

                                                1

1      Accordingly, IT IS ORDERED that:

2      1.  Respondent shall file a response to petitioner's November 19, 2015 motion for relief

3 from judgment within thirty days from the date of this order.

4      2.  Petitioner may file a reply to respondent's response within fourteen days from the

5 filing of the response.

6 DATED:  January 4, 2016.

7               EDMUND F. BRENNAN
              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2